■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO QUEZADA, Appellant. [895 NYS2d 749]—Appeal by the defendant from a judgment of the County Court, Rockland County (Bartlett, J.), rendered January 15, 2008, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the full understanding that he would receive the sentence actually imposed and, therefore, he has no basis now to complain that the sentence imposed was excessive (*see People v Ubiles*, 59 AD3d 572 [2009]; *People v Grigg*, 53 AD3d 629, 630 [2008]; *People v Kazepis*, 101 AD2d 816, 817 [1984]). In any event, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Fisher, J.P., Santucci, Angiolillo and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMOND REYNOLDS, Appellant. [895 NYS2d 720]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered January 14, 2008, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Miller, Balkin, Leventhal and Austin, JJ., concur.